GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
DANIEL B. CANTOR, ESQ.
Nevada Bar No. 14180
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 949-3100
Facsimile:  (702) 916-1776
Hayes@LitchfieldCavo.com
Cantor@LitchfieldCavo.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – NORTHERN DIVISION

| | |
|---|---|
| THE CINCINNATI SPECIALITY UNDERWRITERS INSURANCE COMPANY<br><br>Plaintiff.<br>v.<br><br>RED ROCK HOUNDS, a Domestic Nonprofit Cooperative Corporation Without Stock (81); LYNN LLOYD, individually; AND TRACY TURNBOW (Interested Party)<br><br>Defendants. | CASE NO.: 3:20-cv-00272<br><br>**CERTIFICATE OF INTERESTED PARTIES OF PLAINTIFF CINCINNATI SPECIALTY UNDERWRITERS**<br><br>[L.R. 7.1-1] |

Plaintiff, Cincinnati Specialty Underwriters Insurance Company ("CSU"), by and through counsel, Litchfield Cavo LLP, submits this Certificate of Interested Parties:

The undersigned, attorney of record for CSU, certifies that the following may have a direct, pecuniary interest in the outcome of this case:

1) The Cincinnati Specialty Underwriters Insurance Company

2) The Cincinnati Insurance Company;

3) The Cincinnati Indemnity Company;

4) The Cincinnati Casualty Company;

5) The Cincinnati Life Insurance Company;

1     The Cincinnati Insurance Company is the 100% parent of The Cincinnati Specialty Underwriters Insurance Company, The Cincinnati Insurance Company, The Cincinnati Indemnity Company, The Cincinnati Casualty Company, and The Cincinnati Life Insurance Company.

    These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated: May 7, 2020

LITCHFIELD CAVO LLP

By: _____
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
DANIEL B. CANTOR, ESQ.
Nevada Bar No. 14180
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Tel: 702-949-3100
Fax: 702-916-1779
Hayes@LitchfieldCavo.com
Cantor@LitchfieldCavo.com
*Attorneys for Plaintiff*