GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
DANIEL B. CANTOR, ESQ.
Nevada Bar No. 14180
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Hayes@LitchfieldCavo.com
Cantor@LitchfieldCavo.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – NORTHERN DIVISION

| | |
|---|---|
| THE CINCINNATI SPECIALITY UNDERWRITERS INSURANCE COMPANY<br><br>Plaintiff.<br>v.<br><br>RED ROCK HOUNDS, a Domestic Nonprofit Cooperative Corporation Without Stock (81); LYNN LLOYD, individually; AND TRACY TURNBOW (Interested Party)<br><br>Defendants. | CASE NO.: 3:20-cv-00272-MMD-WGC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS; ORDER** |

Plaintiff, THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY ("Plaintiff") by and through its attorneys of record, Litchfield Cavo LLP, Defendant, Tracy Turnbow by and through her attorneys of record, the law firm of Coulter Harsh Law, and Defendants Red Rock Hounds and Lynn Lloyd by and through their attorney of record, the law firm of Richard G. Hill, Ltd., stipulate and agree as follows:

1. Plaintiff filed this action on May 7, 2020.

2. Defendant, Tracy Turnbow filed her Motion to Dismiss on July 17, 2020 with a response date of July 31, 2020.

3. Defendants, Red Rock Hounds and Lynn Lloyd filed thereto Joinder thereto on July 22, 2020.

1

4. Defendants, Red Rock Hounds and Lynn Lloyd filed their Alternative Motion to Stay Proceedings on July 22, 2020 with a response date of August 5, 2020.

5. Good cause exists to extend the deadline for Plaintiff to respond to the Motion to Dismiss of Turnbow, the joinder thereto, and the Alternative Motion to Stay Proceedings to allow the parties and their respective counsel to discuss the propriety of a stay of this matter, pending resolution of the State Court Action.

6. Plaintiff shall have an extension of 14 days from July 31, 2020, to respond to Defendant, Tracy Turnbow's Motion to Dismiss, the Joinder thereto, and Defendants, Red Rock Hounds and Lynn Lloyd's Alternative Motion to Stay up to and including August 14, 2020.

Dated: July 30 2020

**COULTER HARSH LAW**

By: /s/ Curtis B. Coulter
CURTIS B. COULTER, ESQ.
Nevada Bar No. 3034
403 Hill Street
Reno, Nevada 89501
Tel: 775-324-3380
Fax: 775-324-3381
Curtis@coulterharshlaw.com
*Attorney for Defendant, Tracy Turnbow*

Dated: July 30, 2020

**LITCHFIELD CAVO LLP**

By: /s/ Daniel B. Cantor, Esq.
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
DANIEL B. CANTOR, ESQ.
Nevada Bar No. 14180
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Tel: (702) 949-3100
Fax: (702) 916-1776
Hayes@LitchfieldCavo.com
cantor@LitchfieldCavo.com
*Attorneys for Plaintiff*

Dated: July 30 2020

**RICHARD G. HILL, LTD.**

By: /s/ Richard G. Hill, Esq.
Richard G. Hill, Esq.
Nevada Bar No. 596
652 Forest Street
Reno, Nevada 89509
Tel: (775) 348-0888
rhill@richardhilllaw.com

*Attorneys for Defendants, Red Rock Hounds and Lynn Lloyd*

## ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Plaintiff shall respond to Defendant's Motion to Dismiss, the Joinder thereto, and Defendants, Red Rock Hounds and Lynn Lloyd's Alternative Motion to Stay on or before Friday, August 14, 2020.

Dated: July 30, 2020

UNITED STATES ~~MAGISTRATE~~ COURT JUDGE
District

3