JOHN C. BOYDEN, ESQ. (SBN 3917)
ERICKSON, THORPE & SWAINSTON, LTD.
P.O. Box 3559
Reno, NV 89505
(775) 786-3930
jboyden@etsreno.com
*Attorneys for Counterdefendant Beehive Insurance Agency, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> RED ROCK HOUNDS, a Domestic Nonprofit Corporation Without Stock (81) [sic]; LYNN LLOYD, individually, and TRACY TURNBOW (Interested Party), <br><br> Defendants. _____ / <br> RED ROCK HOUNDS, a Domestic Nonprofit Corporative Corporation Without Stock; and BARBARA LYNN LLOYD, <br><br> Counterclaimants, <br><br> vs. <br><br> THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY; BEEHIVE INSURANCE AGENCY, INC., a Utah corporation, doing business as CERTIFIED INSURANCE SERVICES, INC., <br><br> Counterdefendant. _____ / <br> BEEHIVE INSURANCE AGENCY, INC., a Utah corporation, <br><br> Third-Party Plaintiff, <br><br> vs. | CASE NO: 3:20-cv-0272-MMD-BNW <br><br> **RESPONSE TO ALTERNATIVE MOTION TO STAY PROCEEDINGS** |

Erickson, Thorpe
& Swainston, Ltd.
P. O. Box 3559
Reno, NV 89505
(775) 786-3930

| | |
|---|---|
| 1 | MOORE, CLEMENS & CO., INC., a Virginia corporation, and DOES |
| 2 | I-X, inclusive, |
| 3 | Third-Party Defendants. |

Counterdefendant/Third-Party Plaintiff, BEEHIVE INSURANCE AGENCY, INC., ("BEEHIVE"), by and through its counsel of record, ERICKSON, THORPE & SWAINSTON, LTD., and JOHN C. BOYDEN, ESQ., and hereby provides this Response to the Alternative Motion to Stay [ECF #15].

BEEHIVE takes no formal position on the Alternative Motion to Stay, other than to note that if the Court grants said Motion, that BEEHIVE be permitted to attend relevant depositions in the underlying State Court action. It could jeopardize and prejudice BEEHIVE if certain topics were discussed in the State Court action that involve the insurance issues at play in this Federal Court lawsuit.

For this reason, if the Court grants the pending Alternative Motion to Stay, it is respectfully requested that BEEHIVE be permitted to attend relevant depositions. This would also apply to the Third-Party Defendant, Moore Clemens, who has yet to make an appearance, but presumably would also want to attend such depositions. It should also be mentioned that if the Court does not grant the Alternative Motion to Stay, it makes sense from an efficiency standpoint for the involved counsel to coordinate with each other on both the state and federal cases so as to avoid duplicate and unnecessary litigation expenses.

### Affirmation

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this _____ day of August, 2020.

ERICKSON, THORPE & SWAINSTON, LTD.

BY: __*/s/ JOHN C. BOYDEN*__
JOHN C. BOYDEN, ESQ.
Attorneys for Counterdefendant/
Third-Party Plaintiff
*Beehive Insurance Agency, Inc.*

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD., and that on this day I served a true and correct copy of the attached document by:

- ☐ U.S. Mail
- ☐ Facsimile Transmission
- ☐ Personal Service
- ☐ Messenger Service
- ☒ CM/ECF (electronic filing)
- ☐ E-Mail Service

addressed to the following:

| NAME & ADDRESS | PHONE/FAX NUMBERS | PARTY |
|---|---|---|
| Curtis B. Coulter, Esq.<br>Coulter Harsh Law<br>403 Hill Street<br>Reno, NV 89501 | 775-324-3380<br>775-324-3381 | Plaintiff |
| Griffith H. Hayes, Esq.<br>Daniel B. Cantor, Esq.<br>Litchfield Cavo LLP<br>3993 Howard Hughes Pkwy, #100<br>Las Vegas, NV 89169<br>Hayes@litchfieldcavo.com<br>Cantor@litchfieldcavo.com | 702-949-3100<br>702-916-1776 | Plaintiff |
| Richard G. Hill, Esq.<br>Richard G. Hill, Ltd.<br>652 Forest Street<br>Reno, NV 89509<br>rhill@richardhilllaw.com | 775-348-0888 | Red Rock Hounds and Barbara Lynn Lloyd |

DATED this 17 day of August, 2020.

_____