Curtis B. Coulter, Esq.
Nevada State Bar #3034
COULTER HARSH LAW
403 Hill Street
Reno, Nevada 89501
P:   775.324.3380
F:   775.324.3381
*Attorney for Defendant, TRACY TURNBOW*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – NORTHERN DIVISION

| | |
|---|---|
| THE CINCINNATI SPECIALITY UNDERWRITERS INSURANCE COMPANY,<br><br>            Plaintiff,<br>v.<br><br>RED ROCK HOUNDS, a Domestic Nonprofit Cooperative Corporation Without Stock (81); LYNN LLOYD, individually; AND TRACY TURNBOW (Interested Party),<br><br>            Defendants.<br>_____/<br>AND RELATED CLAIMS. | CASE NO.: 3:20-CV-00272-MMD-WGC<br><br>**TRACY TURNBOW'S (INTERESTED PARTY) RESPONSE TO COUNTER-DEFENDANT BEEHIVE INSURANCE AGENCY, INC.'S RESPONSE TO ALTERNATIVE MOTION TO STAY PROCEEDINGS** |

COMES NOW, TRACY TURNBOW (Interested Party), by and through her attorneys at COULTER HARSH LAW, and advises the Court that if the stay is granted, Ms. Turnbow has no objection to Counter-Defendant Beehive's attendance and participation in the State court proceeding as it requests.

**AFFIRMATION**

The undersigned does hereby affirm that, pursuant to NRS 239B.030, the above document does not contain the Social Security Number of any person.

DATED: August 18, 2020          _____
                                                              Curtis B. Coulter, Esq.
                                                              *Attorney for Defendant, TRACY TURNBOW*

1

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5 (b), I hereby certify that I am an employee of COULTER HARSH LAW, and that I served a true and correct copy of foregoing document by:

_____ Mail on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope with first-class postage affixed thereto, deposited in the United States Mail, at Reno, Nevada.

_____ Personal delivery by causing a true copy thereof to be hand-delivered to the address or addresses set forth below.

_____ Facsimile on the parties in said action by causing a true copy thereof to be telecopied to the number indicated after the address or addresses noted below.

_____ Federal Express or other overnight delivery.

_____ Hand-delivery by Reno/Carson Messenger Service.

__X__ E-flex.

Addressed as follows:

Griffith H. Hayes, Esq.
Daniel B. Cantor, Esq.
LITCHFIELD CAVO LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Hayes@LitchfieldCavo.com
Cantor@LitchfieldCavo.com
*Attorneys for Plaintiff*

John C. Boyden, Esq.
ERICKSON, THORPE & SWAINSTON, LTD.
P.O. Box 3559
Reno, Nevada 89505
jboyden@etsreno.com
*Attorneys for Counterdefendant Beehive Insurance Agency, Inc.*

Richard G. Hill, Esq.
RICHARD G. HILL, LTD.
652 Forest Street
Reno, Nevada 89509
rhill@richardhilllaw.com
*Attorney for Red Rock Hounds and Barbara Lynn Lloyd*

DATED: August 18, 2020

An employee of Coulter Harsh Law