gr

RICHARD G. HILL, ESQ.
State Bar No. 596
RICHARD G. HILL, LTD.
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
rhill@richardhillaw.com

Attorneys for Barbara Lynn Lloyd and Red Rock Hounds

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RED ROCK HOUNDS, a Domestic Nonprofit Cooperative Corporation Without Stock (81) [sic]; LYNN LLOYD, individually; and TRACY TURNBOW (Interested Party),<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No. 3:20-cv-0272-MMD-BNW |

### REPLY TO OPPOSITION TO MOTION TO DISMISS

Defendants, RED ROCK HOUNDS and BARBARA LYNN LLOYD, reply to the opposition by plaintiff, THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY ("CSU") (ECF #27), to the motion to dismiss filed by defendant TRACY TURNBOW ("TURNBOW") (ECF #10), and the joinder therein by these defendants (ECF #14).

These defendants join in the reply to motion to dismiss filed by co-defendant Tracy Turnbow (ECF #30).

The defendants showed the Court plaintiff's complaint was infirm because it failed to even allege any facts that might trigger any of the alleged coverage exclusions in

///

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

1 plaintiff's insurance policy. Instead, CSU has provided the Court what appears to be a state 2 court analysis of the standards for granting a motion to dismiss.

3 Defendants and the Court are still left to guess what facts might exist to trigger 4 the exclusions from coverage relied on by plaintiff. There are no facts in plaintiff's 5 complaint showing the "expected or intended" injury exclusion might apply. Likewise, there 6 are no facts alleged as would implicate the "designated operation or work" exclusion, or the 7 "participants and contestant" exclusion.

8 CSU has utterly failed to show either that its complaint meets the required 9 standard, or that if given the chance, it can fix its pleadings to comply. The complaint must 10 be dismissed.

12 WHEREFORE, defendants/counterclaimants pray the Court dismiss plaintiff's 13 complaint without leave to amend; and for such other, further, and additional relief as 14 seems just to the Court in the premises.

### AFFIRMATION Pursuant to NRS 239B.030

16 The undersigned does hereby affirm that the preceding document does not 17 contain the social security number of any person.

18 DATED this 20th day of August, 2020.

RICHARD G. HILL, LTD.

_____
RICHARD G. HILL, ESQ.
652 Forest Street
Reno, Nevada 89509
Attorneys for Red Rock Hounds
and Barbara Lynn Lloyd

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that I am an employee of RICHARD G. HILL, ESQ., and that on the 20th day of August, 2020, I electronically filed the foregoing **Reply to Opposition to Motion to Dismiss** with the Clerk of the Court by using the ECF system which will send a notice of electronic filing to the following:

Griffith H. Hayes, Esq.
Daniel B. Cantor, Esq.
Litchfield Cavo LLP
3993 Howard Hughes Parkway, Ste. 100
Las Vegas, Nevada 89169
Hayes@LitchfieldCavo.com
Cantor@LitchfieldCavo.com
*Attorneys for Plaintiff, CSU*

Curtis B. Coulter, Esq.
Coulter Harsh Law
403 Hill Street
Reno, Nevada 89501
Curtis@coulterharshlaw.com
*Attorney for Tracy Turnbow*

John C. Boyden, Esq.
Erickson Thorpe & Swainston, Ltd.
99 W. Arroyo Street
PO Box 3559
Reno, Nevada 89505
jboyden@etsreno.com
*Attorney for Beehive Insurance Agency*

_____

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858