Curtis B. Coulter, Esq.
Nevada State Bar 3034
COULTER HARSH LAW
403 Hill Street
Reno, Nevada 89501
P:   775.324.3380
F:   775.324.3381
*Attorney for Defendant, TRACY TURNBOW*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – NORTHERN DIVISION

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br>v.<br><br>RED ROCK HOUNDS, a Domestic Nonprofit Cooperative Corporation Without Stock (81); LYNN LLOYD, individually; AND TRACY TURNBOW (Interested Party),<br><br>　　　　　Defendants.<br>_____/<br>AND RELATED MATTERS | CASE NO.: 3:20-CV-00272-MMD-WGC<br><br>**<u>NOTICE OF NON-OPPOSITION TO MOTION TO INTERVENE BY AMERICAN RELIABLE INSURANCE COMPANY</u>** |

On August 27, 2020 AMERICAN RELIABLE INSURANCE COMPANY (ARIC) filed a motion to intervene. ECF 34. Defendant (interested party) TRACY TURNBOW, who is also the plaintiff in the state court action, hereby states she has no objection to ARIC's motion to intervene being granted.

**<u>AFFIRMATION</u>**

The undersigned does hereby affirm that, pursuant to NRS 239B.030, the above document does not contain the Social Security Number of any person.

DATED: August 28, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Curtis B. Coulter, Esq.
　　　　　　　　　　　　　　　　　*Attorney for Defendant, TRACY TURNBOW*

1

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5 (b), I hereby certify that I am an employee of COULTER HARSH LAW, and that I served a true and correct copy of foregoing document by:

_____   Mail on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope with first-class postage affixed thereto, deposited in the United States Mail, at Reno, Nevada.

_____   Personal delivery by causing a true copy thereof to be hand-delivered to the address or addresses set forth below.

_____   Facsimile on the parties in said action by causing a true copy thereof to be telecopied to the number indicated after the address or addresses noted below.

_____   Federal Express or other overnight delivery.

_____   Hand-delivery by Reno/Carson Messenger Service.

___X___    E-flex.

Addressed as follows:

Griffith H. Hayes, Esq.
Daniel B. Cantor, Esq.
LITCHFIELD CAVO LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Hayes@LitchfieldCavo.com
Cantor@LitchfieldCavo.com
*Attorneys for Plaintiff*

John C. Boyden, Esq.
ERICKSON, THORPE & SWAINSTON, LTD.
P.O. Box 3559
Reno, Nevada 89505
jboyden@etsreno.com
*Attorneys for Counterdefendant Beehive Insurance Agency, Inc.*

Richard G. Hill, Esq.
RICHARD G. HILL, LTD.
652 Forest Street
Reno, Nevada 89509
rhill@richardhilllaw.com
*Attorney for Red Rock Hounds and Barbara Lynn Lloyd*

1 | Alice K. Herbolsheimer, Esq.
2 | LEWIS BRISBOIS BISGAARD & SMITH, LLP
    5555 Kietzke Lane, Suite 200
3 | Reno, Nevada 89511
    Alice.Herbolsheimer@lewisbrisbois.com
4 | *Believed to represent Third-Party Defendant
    CERTIFIED INSURANCE SERVICES, INC.*
5 |
6 | Prescott Jones, Esq.
    Emily K. Dotson, Esq.
7 | RESNICK & LOUIS, P.C.
    8925 West Russell Road, Suite 220
8 | Las Vegas, Nevada 89148-2540
    *Attorneys for Intervenor AMERIAN RELIABLE INSURANCE COMPANY*
9 |
10 | DATED: August 28, 2020
11 |
                                             /s/ [signature]
                                             An employee of Coulter Harsh Law