gr

RICHARD G. HILL, ESQ.
State Bar No. 596
RICHARD G. HILL, LTD.
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
rhill@richardhillaw.com

Attorneys for Barbara Lynn Lloyd and Red Rock Hounds

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THE CINCINNATI SPECIALTY
UNDERWRITERS INSURANCE COMPANY,

Plaintiff,

v.

RED ROCK HOUNDS, a Domestic Nonprofit
Cooperative Corporation Without Stock (81)
[sic]; LYNN LLOYD, individually; and
TRACY TURNBOW (Interested Party),

Defendants.

AND RELATED CLAIMS.

Case No. 3:20-cv-0272-MMD-BNW

**STATEMENT OF NON-OPPOSITION TO MOTION TO
INTERVENE BY AMERICAN RELIABLE INSURANCE COMPANY**

On August 27, 2020, AMERICAN RELIABLE INSURANCE COMPANY ("ARIC") filed a motion to intervene (ECF #34). Defendants RED ROCK HOUNDS and BARBARA LYNN LLOYD hereby state they have no opposition to ARIC's motion to intervene being granted.

///

///

///

///

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

**AFFIRMATION Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this 31st day of August, 2020.

RICHARD G. HILL, LTD.

_____
RICHARD G. HILL, ESQ.
652 Forest Street
Reno, Nevada 89509
Attorneys for Red Rock Hounds
and Barbara Lynn Lloyd

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that I am an employee of RICHARD G. HILL, ESQ., and that on the 31st day of August, 2020, I electronically filed the foregoing **Statement of Non-Opposition to Motion to Intervene by American Reliable Insurance Company** with the Clerk of the Court by using the ECF system which will send a notice of electronic filing to the following:

Griffith H. Hayes, Esq.
Daniel B. Cantor, Esq.
Litchfield Cavo LLP
3993 Howard Hughes Parkway, Ste. 100
Las Vegas, Nevada 89169
Hayes@LitchfieldCavo.com
Cantor@LitchfieldCavo.com
*Attorneys for Plaintiff, CSU*

Curtis B. Coulter, Esq.
Coulter Harsh Law
403 Hill Street
Reno, Nevada 89501
Curtis@coulterharshlaw.com
*Attorney for Tracy Turnbow*

John C. Boyden, Esq.
Erickson Thorpe & Swainston, Ltd.
99 W. Arroyo Street
PO Box 3559
Reno, Nevada 89505
jboyden@etsreno.com
*Attorney for Beehive Insurance Agency*

Alice K. Herbolsheimer, Esq.
Lewis Brosbois Bisgaard & Smith, LLP
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
alice.Herbolsheimer@lewisbrisbois.com
*Attorney for Certified Insurance Services, Inc.*

Prescott Jones, Esq.
Emily K. Dotson, Esq.
Resnick & Louis, P.C.
8925 West Russell Road, Suite 220
Las Vegas, Nevada 89148-2540
*Attorneys for Intervenor American Reliable Ins. Co.*

_/s/ Jalisha Revells_

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858