1  JACK G. ANGARAN
   Nevada Bar No. 711
2  ALICE K. HERBOLSHEIMER
   Nevada Bar No. 6389
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   5555 Kietzke Lane, Suite 200
4  Reno, Nevada 89511
   Tel:  775.827.6440
5  Fax: 775.827.9256
   Jack.Angaran@lewisbrisbois.com
6  Alice.Herbolsheimer@lewisbrisbois.com

7
   Attorneys for Third-Party Defendant,
8  Moore, Clemens & Co.

9
                    UNITED STATES DISTRICT COURT
10
                        DISTRICT OF NEVADA
11

12
   THE CINCINNATI SPECIALTY              CASE NO. 3:20-cv-00272-MMD-WGC
13 UNDERWRITERS INSURANCE
   COMPANY,
14                                       **SUBSTITUTION OF COUNSEL (INTER-
                Plaintiff,               OFFICE)**
15
          vs.
16
   RED ROCK HOUNDS, a Domestic Nonprofit
17 corporation Without Stock (8)1 [sic]; LYNN
   LLOYD, individually, and TRACY
18 TURNBOW (Interested Party),

19              Defendants.

20 RED ROCK HOUNDS, a Domestic Nonprofit
   Corporative Corporation Without Stock; and
21 BARBARA LYNN LLOYD,

22              Counterclaimants,

23        vs.

24 THE CINCINNATI SPECIALTY
   UNDERWRITERS INSURANCE
25 COMPANY; BEEHIVE INSURANCE
   AGENCY, INC., a Utah corporation, doing
26 business as CERTIFIED INSURANCE
   SERVICES, INC.,
27
                Counterdefendants.
28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-1271-4446.1

BEEHIVE INSURANCE AGENCY, INC.,

          Third-Party Plaintiff,

    vs.

MOORE CLEMENS & CO., INC., a Virginia corporation, and DOES I-X, inclusive,

          Third-Party Defendants.

**TO:**   **UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA, NORTHERN DIVISION COURT CLERK AND COUNSEL OF RECORD:**

ALICE K. HERBOLSHEIMER, ESQ. of Lewis Brisbois Bisgaard & Smith, does hereby consent to the intra-office substitution of JACK G. ANGARAN, ESQ. of Lewis Brisbois Bisgaard & Smith, LLP as attorney of record for Third-Party Defendant, MOORE, CLEMENS & CO. **Please update your certificates of service accordingly.**

DATED this _____26ᵗʰ_____ day of October, 2020.

                        LEWIS BRISBOIS BISGAARD & SMITH LLP

                        By _____
                           ALICE K. HERBOLSHEIMER
                           Nevada Bar No. 6389
                           5555 Kietzke Lane, Suite 200
                           Reno, Nevada 89511
                           Tel. 775.827.6440
                           Attorneys for Third-Party Defendant

                        By _____
                           JACK G. ANGARAN
                           Nevada Bar No. 711
                           5555 Kietzke Lane, Suite 200
                           Reno, Nevada 89511
                           Tel. 775.827.6440
                           Attorneys for Third-Party Defendant

1  Third-Party Defendant, MOORE, CLEMENS & CO., does hereby consent to

2  the withdrawal of ALICE K. HERBOLSHEIMER, ESQ. and to the substitution of

3

4  JACK G. ANGARAN, ESQ. of LEWIS BRISBOIS BISGAARD & SMITH, LLP,

5  as its attorney of record in the above-entitled action.

6  DATED: October 26TH, 2020.

7

8                                          MOORE, CLEMENS & CO.

9                                          By: _____

10                                         KEITH D. SEEKFORD

11

12  **IT IS SO ORDERED**

13  **DATED:** 4:18 pm, October 30, 2020

14

15  **BRENDA WEKSLER**

16  **UNITED STATES MAGISTRATE JUDGE**

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-1271-4446.1                              3

1

**<u>CERTIFICATE OF SERVICE</u>**

2       Pursuant to FRCP 5(b), I certify that I am an employee of Lewis Brisbois Bisgaard &

3   Smith LLP and that on this ⟨26th⟩ day of October, 2020 I did cause a true copy of

4   **SUBSTITUTION OF COUNSEL (INTER-OFFICE)** to be served via electronic service by U.S.

5   District Court CM/ECF system to the parties on the Electronic Filing System:

6   Curtis B. Coulter                                  Richard G. Hill, Esq.
    Coulter Harsh Law                                  Richard G. Hill, Ltd.
7   Email: curtis@coulterharshlaw.com                  Email: rhill@richardhillaw.com
8   *Attorneys for Plaintiff*                          *Counsel for Red Rock Hounds and Barbara*
                                                       *Lynn Lloyd*
9
    Griffith H. Hayes, Esq.                            Scott T. Tepper, Esq.
10  Daniel B. Cantor, Esq.                             Raskin Gorham Anderson Law, LLP
    Litchfield Cavo LLP                                Email: scottjtepper@msn.com
11  Email: Hayes@LitchfieldCavo.com                    *Counsel for Red Rock Hounds and Barbara*
           Cantor@LitchfieldCavo.com                   *Lynn Lloyd*
12  *Counsel for Plaintiff*
13                                                     Prescott Jones, Esq.
    John C. Boyden, Esq.                               Emily K. Dotson, Esq.
14  Erickson Thorpe & Swainston, Ltd.                  Resnick & Louis, P.C.
    Email: jboyden@estreno.com                         *Attorneys for Intervenor American Reliable Ins.*
15  *Attorney for Beehive Insurance Agency*            *Co.*

16

17

18  By _____
        An Employee of
19      LEWIS BRISBOIS BISGAARD & SMITH LLP

20

21

22

23

24

25

26

27

28

4844-1271-4446.1                                       4