1  GRIFFITH H. HAYES, ESQ.
   Nevada Bar No. 7374
2  DANIELLE A. KOLKOSKI, ESQ.
   Nevada Bar No. 8506
3  **LITCHFIELD CAVO LLP**
   3993 Howard Hughes Parkway, Suite 100
4  Las Vegas, Nevada  89169
   Telephone:  (702) 949-3100
5  Facsimile:  (702) 916-1776
   Hayes@LitchfieldCavo.com
6  kolkoski@LitchfieldCavo.com
   *Attorneys for Plaintiff and Counterdefendant*
7  THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE
   COMPANY
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA – NORTHERN DIVISION**

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY<br><br>          Plaintiff.<br>v.<br><br>RED ROCK HOUNDS, a Domestic Nonprofit Cooperative Corporation Without Stock (81); LYNN LLOYD, individually; AND TRACY TURNBOW (Interested Party)<br><br>          Defendants. | CASE NO.:  3:20-cv-00272-MMD-BNW<br><br><br><br>**STIPULATION AND ORDER TO AMEND DISOVERY PLAIN AND SCHEDULING ORDER**<br><br>**(FIRST REQUEST)**<br><br><br>**SUBMITED IN COMPLIANCE WITH LR 26-1(b)** |
| RED ROCK HOUNDS, a Domestic Nonprofit Cooperative Corporation Without Stock; and BARBARA  LYNN LLOYD,<br><br>          Counterclaimants,<br>v.<br><br>THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY; BEEHIVE INSURANCE AGENCY, INC., a Utah corporation, doing business as CERTIFIED INSURANCE SERVICES, INC.,<br><br>          Counterdefendants. | |

1

|   |
|---|
| BEEHIVE INSURANCE AGENCY, INC. |
| Third-Party Plaintiff, |
| v. |
| MOORE CLEMENS & CO, INC., a Virginia corporation, and DOES 1-X, inclusive, |
| Third-Party Defendants. |

Plaintiff/Counterdefendant, THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY ("CSU"), by and through its attorneys of record, the law firm of LITCHFIELD CAVO LLP, Defendants/Counterclaimants RED ROCK HOUNDS and LYNN LLOYD, by and through their attorneys of record, the law firm of Richard Hill, Ltd., Counterdefendant/Third-Party Plaintiff, BEEHIVE INSURANCE dba CERTIFIED INSURANCE SERVICES ("Beehive"), by and through its attorneys of record, the law firm of Erickson, Thorpe & Swainston, Ltd., Third-Party Defendant MOORE CLEMENS & CO. ("Moore"), by and through its attorneys of record, the law firm of Lewis Brisbois Bisgaard & Smith LLP, and Defendant/Interested Party, TRACY TURNBOW, by and through her attorneys of record, the law firm of Coulter Harsh Law, (collectively "Parties"), pursuant to FRCP 26(f), hereby jointly stipulate to the Stipulation and Order to Amend Discovery Plan and Scheduling Order (First Request) as follows:

**1. Statement Specifying the Discovery Completed**

The following discovery has been completed:

- Beehive's Request for Production to CSU
- CSU's Response to Beehive's Request for Production of Documents

**2. Specific Description of the Discovery that Remains to be Completed**

The following discovery needs to be completed:

- Deposition of Tracy Turnbow set for December 10, 2020
- CSU written discovery to the Parties
- Red Rock Hounds and Lynn Lloyd written discovery to the Parties
- Beehives' written discovery to the Parties
- Moore's written discovery to the Parties

2

- Fed. R. Civ. P. 30(b)(6) deposition of CSU
- Scott Tepper, Fed. R. Civ. P. 30(b)(6) witness for Red Rock Hounds to be set for January 7, 2021
- Fed. R. Civ. P. 30(b)(6) deposition of Beehive
- Fed. R. Civ. P. 30(b)(6) deposition of Moore
- Deposition of Lynn Lloyd to be set for January 7, 2021
- Deposition of Angela Murray to be set for January 7, 2021
- Depositions of percipient witness
- Depositions of expert witness

**3.   Reasons Why Discovery Is Not Completed**

This is a declaratory relief action wherein CSU respectfully requests this Court adjudicate whether insurance coverage exists in an underlying State matter entitled Tracy Turnbow v. Red Rock Hounds and Lynn Loyd, in the Second Judicial District Court, State of Nevada, County of Washoe, Case No. CV020-0080.  The Parties have been tracking the Federal matter with the discovery in the State matter to save fees and costs.  The facts in this matter are in dispute and the Parties need additional discovery.

The Parties originally submitted a Joint Discovery Plan and Scheduling Order on September 3, 2020 requesting 365 days for discovery.  (ECF 38).  On September 10, 2020, the Court denied the Parties request for 365 days for discovery and granted the Parties 270 days.  (ECF 39).  The Parties submitted an Amended Joint Stipulated Discovery Plan and Scheduling Order on September 23, 2020 (ECF 40) and the Court granted the same on September 25, 2020 (ECF 41).

There are six parties in this matter and schedules have been difficult to coordinate.   The Parties are in the process of scheduling percipient and party depositions so they can mediate before the expert disclosure deadline.  All counsel have been diligent and are working in good faith to complete the discovery.

//

///

///

**4.     Proposed Schedule for Completing All Remaining Discovery**

| DESCRIPTION | CURRENT DATES | PROPOSED DATES |
|---|---|---|
| Amend Pleadings/Add Parties | Friday<br>November 20, 2020 | Monday<br>March 22, 2021 |
| Initial Disclosure of Experts | Thursday<br>January 21, 2021 | Friday<br>May 21, 2021 |
| Rebuttal Experts | Friday<br>February 20, 2021 | Friday<br>June 18, 2021 |
| Close of Discovery | Friday<br>April 16, 2021 | Friday<br>August 13, 2021 |
| Dispositive Motions | Sunday<br>May 16, 2021 | Monday<br>September 13, 2021 |
| Joint Pre-Trial Order | Tuesday<br>June 15, 2021 | Wednesday<br>October 13, 2021 |

**IT IS SO STIPULATED**.

Dated:  November 17, 2020            **LITCHFIELD CAVO LLP**

By:     */s/ Danielle A. Kolkoski, Esq.*
        GRIFFITH H. HAYES, ESQ.
        Nevada Bar No. 7374
        DANIELLE A. KOLKOSKI, ESQ.
        Nevada Bar No. 8506
        3993 Howard Hughes Parkway, Suite 100
        Las Vegas, Nevada  89169
        T:  702-949-3100/F: 702-916-1779
        Hayes@LitchfieldCavo.com
        Kolkoski@LitchfieldCavo.com
        *Attorneys for Plaintiff*

Dated:  November 17, 2020            **RICHARD G. HILL, LTD.**

*By:*   */s/ Richard G. Hill, Esq.*
        RICHARD G. HILL, ESQ.
        Nevada Bar No. 596
        652 Forest Street
        Reno, NV  89509
        T: 775-348-0888
        rhill@richardhillaw.com
        *Attorneys for Defendants and*
        *Counterclaimants Barbara Ann Lloyd and Red*
        *Rock Hounds*

4

Dated: November 17, 2020

**COULTER HARSH LAW**

By:     */s/ Curtis B. Coulter, Esq.*
        CURTIS B. COULTER, ESQ.
        Nevada Bar No. 3034
        403 Hill Street
        Reno, Nevada 89501
        T: 775-324-3380
        curtis@coulterharshlaw.com
        *Attorney for Defendant and Interested Party Tracy Turnbow*

Dated: November 18, 2020

**ERICKSON THORPE & SWAINSTON, LTD.**

By:     */s/ John C. Boyden, Esq.*
        John C. Boyden, Esq.
        Nevada Bar No. 3917
        99 W. Arroyo Street
        PO Box 3559
        Reno, Nevada 89505
        T: 775-786-3930
        jboyden@etsreno.com
        *Attorneys for Counterdefendant and Third-Party Plaintiff Beehive Insurance Agency*

Dated: November 20, 2020

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:     */s/ Jack Angaran, Esq.*
        Jack Angaran, Esq.
        Nevada Bar No. 711
        5555 Kietzke Lane, Suite 200
        Reno, Nevada 89511
        T: 775-827-6440
        jack.angaran@lewisbrisbois.com
        *Attorneys for Third-Party Defendant Moore, Clemens & Co., Inc.*

Dated: November 20, 2020

**RESNICK & LOUIS, P.C.**

By:   */s/ Prescott Jones, Esq.*
     Prescott Jones, Esq.
     Nevada Bar No. 11617
     Emily K. Dotson, Esq.
     *(Pro Hac Vice forthcoming)*
     8925 West Russell Road, Suite 220
     Las Vegas, NV 89148-2540
     pjones@rlattorneys.com
     *Attorneys for Intervenor American Reliable Insurance Company*

### **SCHEDULING ORDER**

The above-set stipulated Discovery Plan of the parties shall be the Scheduling Order to this action pursuant to the Federal Rules of Civil Procedure 16(b) and LR 16-1.

**IT IS SO ORDERED.**

Date: _____, 2020

                                                United States Magistrate Judge