gr

RICHARD G. HILL, ESQ.
State Bar No. 596
RICHARD G. HILL, LTD.
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
rhill@richardhillaw.com

Attorneys for Barbara Lynn Lloyd

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RED ROCK HOUNDS, a Domestic Nonprofit Cooperative Corporation Without Stock (81) [sic]; LYNN LLOYD, individually; and TRACY TURNBOW (Interested Party),<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No. 3:20-cv-0272-MMD-BNW |

### MOTION FOR LEAVE TO WITHDRAW

RICHARD G. HILL, LTD., and RICHARD G. HILL, ESQ., move the Court for leave to withdraw as counsel for BARBARA LYNN LLOYD, referred in the pleadings and papers of this case as LYNN LLOYD. Reference is made to the declaration of Richard G. Hill, Esq., attached as EXHIBIT 1.

### POINTS AND AUTHORITIES

This motion is brought pursuant to LR IA 11-6(b).

An irreconcilable conflict of interest has developed between the undersigned counsel and Ms. Lloyd. Pursuant to NvRPC 1.16, this writer is obliged to withdraw as soon as possible, while causing the client as little prejudice as possible.

///

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

Here, discovery is underway, and the current discovery cut-off is April 16, 2021. That deadline has already been extended once, and, because of the pandemic, further adjustments are likely. The state court plaintiff, Ms. Turnbow, has been deposed, and Ms. Lloyd's counsel was actively involved in that process.

Reference is made to NvSCR 46.

WHEREFORE, Richard G. Hill, Ltd., and Richard G. Hill, Esq., pray for leaved to withdraw as counsel for Barbara Lynn Lloyd; and for such other, further, and additional relief as seems just to the Court in the premises.

DATED this ____ day of January, 2021.

RICHARD G. HILL, LTD.

RICHARD G. HILL, ESQ.
652 Forest Street
Reno, Nevada 89509
Attorneys for Barbara Lynn Lloyd

ORDER

**IT IS SO ORDERED**

**DATED:** 4:11 pm, January 11, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858