GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
DANIELLE A. KOLKOSKI, ESQ.
Nevada Bar No. 8506
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 949-3100
Facsimile:  (702) 916-1776
Hayes@LitchfieldCavo.com
Kolkoski@LitchfieldCavo.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – NORTHERN DIVISION

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY<br><br>        Plaintiff.<br>v.<br><br>RED ROCK HOUNDS, a Domestic Nonprofit Cooperative Corporation Without Stock (81); LYNN LLOYD, individually; AND TRACY TURNBOW (Interested Party)<br><br>        Defendants. | CASE NO.: 3:20-cv-00272-MMD-WGC<br><br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY TO FILE AN AMENDED COMPLAINT PURSUANT TO COURT ORDER (ECF No. 55)** |
| RED ROCK HOUNDS, a Domestic Nonprofit Cooperative Corporation Without Stock; and BARBARA  LYNN LLOYD,<br><br>        Counterclaimants,<br>v.<br><br>THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY; BEEHIVE INSURANCE AGENCY, INC., a Utah corporation,<br><br>        Counterdefendants. | |
| BEEHIVE INSURANCE AGENCY, INC.<br><br>        Third-Party Plaintiffs<br>v.<br><br>MOORE CLEMENS & CO., INC., a Virginia Corporation, and DOES I-X, inclusive<br><br>        Third-Party Defendants. | |

1

AMERICAN RELIABLE INSURANCE COMPANY

    Intervenor

Plaintiff/Counterdefendant, THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, by and through its attorneys of record, the law firm of LITCHFIELD CAVO LLP, Defendants/Counterclaimants RED ROCK HOUNDS, by and through its attorneys of record, the law firm of Maupin Cox & LeGoy, Counterdefendant/Third-Party Plaintiff, BEEHIVE INSURANCE dba CERTIFIED INSURANCE SERVICES, by and through its attorneys of record, the law firm of Erickson, Thorpe & Swainston, Ltd.,  Third-Party Defendant MOORE CLEMENS & CO., by and through its attorneys of record, the law firm of Lewis Brisbois Bisgaard & Smith LLP, and Intervener AMERICAN RELIABLE INSURANCE COMPANY, by and through its attorneys, the law firm of Resnick & Louis, P.C., Defendant/Interested Party, TRACY TURNBOW, by and through her attorneys of record, the law firm of Coulter Harsh Law, and BARBARA LYNN LLOYD, *Pro Se*, (collectively "Parties"), hereby jointly stipulate as follows:

    1.    Plaintiff filed this action on May 7, 2020 naming Tracy Turnbow, Red Rock Hounds, and Lynn Lloyd as Defendants. (ECF No. 1)

    2.    In response to the complaint, Turnbow filed a Motion to Dismiss on July 17, 2021. (ECF No. 10)

    3.    Red Rock filed a Joinder to Turnbow's Motion to Dismiss on July 22, 2020.  (ECF No. 14).

    4.    The Court issued an Order on January 6, 2021 granting in part and denying in part the Defendants' Motion to Dismiss.  (ECF No. 55).

    5.    The Order granted Plaintiff leave to file an amended complaint. *Id.*

    6.    The Order granted Plaintiff 15 days, until January 21, 2021, to file its amended complaint.

    7.    Following the Court's order granting the Motion to Dismiss, the Parties through counsel had discussions about extending the time for Plaintiff to file an amended complaint subject to court approval so the parties could save fees and costs and hopefully resolve this matter and the

1  underlying matter at mediation which is currently scheduled for March 24-25 with Robert B.
2  Enzenberger.
3     8.    Plaintiff shall have up and until April 9, 2021 to file its amended complaint. April 9,
4  2021 is 15 days after March 25, 2021;
5     9.    Good cause exists to extend the deadline for Plaintiff to file an amended complaint.
6     10.   The parties are acting in good faith in requesting the court approve this stipulation.
7        While drafting the instant stipulation, counsel for Defendant Lynn Lloyd ("Lloyd"), Richard
8  Hill, withdrew.  Counsel for CSU contacted Lloyd numerous times to sign the instant stipulation.
9  Lloyd repeatedly promised to review the stipulation, but never did so.  Counsel for Lloyd, in the
10 underlying state matter but not this case, Charlie Burcham, also contacted and left a message for Lloyd
11 to sign the stipulation.  All Parties agree to move forward with the stipulation to protect all their rights,
12 including Lloyd.  This agreement is in good faith and not for the purpose of delay.
13        **IT IS SO STIPULATED**.

Dated: January 15, 2021        **LITCHFIELD CAVO LLP**

By:   */s/ Griffith H. Hayes, Esq.*
      GRIFFITH H. HAYES, ESQ.
      Nevada Bar No. 7374
      DANIELLE A. KOLKOSKI, ESQ.
      Nevada Bar No. 8506
      3993 Howard Hughes Parkway, Suite 100
      Las Vegas, Nevada  89169
      T: 702-949-3100/F: 702-916-1779
      Hayes@LitchfieldCavo.com
      Kolkoski@LitchfieldCavo.com
      *Attorneys for Plaintiff*

Dated: January 15, 2021        **MAUPIN COX & LEGOY**

By:   */s/ Rick R. Hsu, Esq.*
      RICK R. HSU, ESQ.
      Nevada Bar No. 5374
      4785 Caughlin Parkway
      P.O. Box 30000
      Reno, NV  89509
      T: 775-827-2000
      rhsu@mcllawfirm.com
      *Attorneys for Defendant/Counterclaimant Red Rock Hounds*

3

| | | |
|---|---|---|
| 1 | Dated:  January 15, 2021 | **COULTER HARSH LAW** |
| 2 | | By:    */s/ Curtis B. Coulter, Esq.* |
| 3 | |      CURTIS B. COULTER, ESQ. |

Dated:  January 15, 2021           **COULTER HARSH LAW**

By:    */s/ Curtis B. Coulter, Esq.*
       CURTIS B. COULTER, ESQ.
       Nevada Bar No. 3034
       403 Hill Street
       Reno, Nevada 89501
       T: 775-324-3380
       curtis@coulterharshlaw.com
       *Attorneys for Defendant and Interested Party Tracy Turnbow*

Dated:  January 15, 2021           **ERICKSON THORPE & SWAINSTON, LTD.**

By:    */s/ John C. Boyden, Esq.*
       John C. Boyden, Esq.
       Nevada Bar No. 3917
       99 W. Arroyo Street
       PO Box 3559
       Reno, Nevada 89505
       T: 775-786-3930
       jboyden@etsreno.com
       *Attorneys for Counterdefendant and Third-Party Plaintiff Beehive Insurance Agency*

Dated:  January 15, 2021           **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:    */s/ Alice K. Herbolsheimer, Esq.*
       Jack Angaran, Esq.
       Nevada Bar No. 711
       Alice K. Herbolsheimer, Esq.
       Nevada Bar No. 6389
       5555 Kietzke Lane, Suite 200
       Reno, Nevada 89511
       T: 775-827-6440
       jack.angaran@lewisbrisbois.com
       alice.herbolsheimer@lewisbrisbois.com
       *Attorneys for Third-Party Defendant Moore, Clemens & Co., Inc.*

Dated:  January 15, 2021           **RESNICK & LOUIS, P.C.**

By:    */s/ Prescott Jones, Esq.*
       Prescott Jones, Esq.
       Nevada Bar No. 11617
       Emily K. Dotson, Esq.
       *(Pro Hac Vice forthcoming)*
       8925 West Russell Road, Suite 220
       Las Vegas, NV  89148-2540
       pjones@rlattorneys.com
       *Attorneys for Intervenor American Reliable Insurance Company*

1

Dated: January      , 2021

**BARBARA LYNN LLOYD,** *Pro Se*
25 Spoke Road
Reno, NV  89506

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED** that Plaintiff shall have up to and until April 9, 2021 to file its amended complaint.

Dated: January 19, 2021

**UNITED STATES DISTRICT JUDGE**