1 **RESNICK & LOUIS, P.C.**
Prescott Jones, Esq., SBN: 11617
2 pjones@rlattorneys.com
Emily K. Dotson, Esq. (Pro Hac Vice Pending)
3 8925 W. Russell Road, Suite 220
Las Vegas, NV  89148
4 Telephone: (702) 997-3800
Facsimile:   (702) 997-3800
5 *Attorneys for Intervenor,*
6 *American Reliable Insurance Company*

7
**UNITED STATES DISTRICT COURT**
8
**DISTRICT OF NEVADA**
9

10
| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, | CASE NO.: 3:20-cv-0272-MMD-BNW |
| Plaintiffs, v. | **NOTICE OF SERVICE RE: INTERVENOR AMERICAN RELIABLE INSURANCE COMPANY'S INITIAL RULE 26(a)(1) DISCLOSURE STATEMENT** |
| RED ROCK HOUNDS, a Domestic Nonprofit Cooperative Corporation Without Stock (81) [sic]; LYNN LLOYD, individually; and TRACY TURNBOW (Interested Party), | |
| Defendants. | |
| RED ROCK HOUNDS, a Domestic Nonprofit Cooperative Corporation Without Stock; and BARBARA LYNN LLOYD, | |
| Counterclaimant, v. | |
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY; BEEHIVE INSURANCE AGENCY, INC., a Utah corporation, doing business as CERTIFIED INSURANCE SERVICES, INC., | |
| Counterdefendants. | |

1

1 | BEEHIVE INSURANCE AGENCY, INC.
2 |        Third-Party Plaintiff,
3 | v.
4 | MOORE CLEMENS & CO, INC., a Virginia corporation, and DOES 1-X, inclusive,
5 |
6 |        Third-Party Defendants.
7 | AMERICAN RELIABLE INSURANCE COMPANY,
8 |
9 |        Intervenor.

Notice is hereby given that Intervenor, AMERICAN RELIABLE INSURANCE COMPANY, by and through its counsel of record, PRESCOTT T. JONES, ESQ., of the law offices of RESNICK & LOUIS, P.C., served its Initial Rule 26(a)(1) Disclosure Statement via U.S. mail and e-mail on February 5, 2021 on all counsel of record.

DATED this 5th day of February, 2021.

**RESNICK & LOUIS, P.C.**

By:   /s/ *Prescott Jones, Esq.*
      Prescott Jones, Esq., SBN: 11617
      Emily K. Dotson (Pro Hac Vice Pending)
      8925 W. Russell Road, Suite 220
      Las Vegas, NV  89148
      Telephone: (702) 997-3800
      Facsimile:   (702) 997-3800
      *Attorneys for Intervenor, American Reliable Insurance Co.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2021, I electronically transmitted the attached documents to the Clerk's office using the CM/ECF system for filing and for transmittal of Notice of Electronic filing to the following CM/ECF registrants:

| | |
|---|---|
| Rick R. Hsu, Esq.<br>P.O. Box 30000<br>Reno, NV 89509<br>T: 775-827-2000<br>rhsu@mcllawfirm.com;<br>Counsel for Defendants/Counterclaimants Red Rock Hounds | Curtis B. Coulter, Esq.<br>Coulter Harsh Law 403 Hill Street<br>Reno, Nevada 89501<br>E: curtis@coulterharshlaw.com;<br>Counsel for Defendant Tracy Turnbow |
| Griffith H. Hayes<br>Danielle A. Kolkoski<br>LITCHFIELD CAVO LLP<br>3993 Howard Hughes Parkway, Suite 100<br>Las Vegas, Nevada 89169<br>Hayes@LitchfieldCavo.com;<br>Kolkoski@LitchfieldCavo.com<br>Counsel for Plaintiff | BARBARA LYNN LLOYD<br>25 Spoke Road<br>Reno, NV 89506<br>Pro Se |
| John C. Boyden, Esq.<br>Erickson, Thorpe &<br>Swainston, Ltd.<br>P.O. Box 3559<br>Reno, NV 89505<br>E: Jboyden@etsreno.com<br>Counter-Defendant Beehive Insurance Agency, Inc. dba Certified Insurance Services, Inc. | Alice K. Herbolsheimer<br>Jack G. Angaran<br>Lewis Brisbois Bisgaard &<br>Smith, LLP<br>5555 Kietzke Lane<br>Suite 200<br>Reno, NV 89511<br>E:  jack.angaran@lewisbrisbois.com<br>Counsel for Third-Party Defendant Moore Clemens & Co. |

By: */s/ Stephanie Espinoza*
 Stephanie Espinoza
 An Employee of Resnick & Louis, P.C