1 GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
2 ALICIA A. HAGERMAN, ESQ.
Nevada Bar No. 10891
3 **LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
4 Las Vegas, Nevada  89169
Telephone:  (702) 949-3100
5 Facsimile:  (702) 916-1776
Hayes@LitchfieldCavo.com
6 Hagermand@LitchfieldCavo.com

7 *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – NORTHERN DIVISION

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY<br><br>Plaintiff.<br>v.<br><br>RED ROCK HOUNDS, a Domestic Nonprofit Cooperative Corporation Without Stock (81); LYNN LLOYD, individually; AND TRACY TURNBOW (Interested Party)<br><br>Defendants. | CASE NO.: 3:20-cv-00272-MMD-WGC<br><br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY TO FILE AN AMENDED COMPLAINT PURSUANT TO COURT ORDER (ECF No. 55)** |
| RED ROCK HOUNDS, a Domestic Nonprofit Cooperative Corporation Without Stock; and BARBARA  LYNN LLOYD,<br><br>Counterclaimants,<br>v.<br><br>THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY; BEEHIVE INSURANCE AGENCY, INC., a Utah corporation,<br><br>Counterdefendants. | **[FOURTH REQUEST]** |
| BEEHIVE INSURANCE AGENCY, INC.<br><br>Third-Party Plaintiffs<br>v.<br><br>MOORE CLEMENS & CO., INC., a Virginia Corporation, and DOES I-X, inclusive<br><br>Third-Party Defendants. | |

1

AMERICAN RELIABLE INSURANCE COMPANY

    Intervenor

    Plaintiff/Counterdefendant, THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, by and through its attorneys of record, the law firm of LITCHFIELD CAVO LLP, Defendants/Counterclaimants RED ROCK HOUNDS, by and through its attorneys of record, the law firm of Maupin Cox & LeGoy, Counterdefendant/Third-Party Plaintiff, BEEHIVE INSURANCE dba CERTIFIED INSURANCE SERVICES, by and through its attorneys of record, the law firm of Erickson, Thorpe & Swainston, Ltd., Third-Party Defendant MOORE CLEMENS & CO., by and through its attorneys of record, the law firm of Lewis Brisbois Bisgaard & Smith LLP, and Intervener AMERICAN RELIABLE INSURANCE COMPANY, by and through its attorneys, the law firm of Resnick & Louis, P.C., Defendant/Interested Party, TRACY TURNBOW, by and through her attorneys of record, the law firm of Coulter Harsh Law, and BARBARA LYNN LLOYD, by and through her attorneys of record, the law firm of Alling & Jillson, Ltd., (collectively "Parties"), hereby jointly stipulate as follows:

    1. Plaintiff filed this action on May 7, 2020 naming Tracy Turnbow, Red Rock Hounds, and Lynn Lloyd as Defendants. (ECF No. 1)

    2. In response to the complaint, Turnbow filed a Motion to Dismiss on July 17, 2021. (ECF No. 10)

    3. Red Rock filed a Joinder to Turnbow's Motion to Dismiss on July 22, 2020. (ECF No. 14).

    4. The Court issued an Order on January 6, 2021 granting in part and denying in part the Defendants' Motion to Dismiss. (ECF No. 55).

    5. The Order granted Plaintiff leave to file an amended complaint. *Id.*

    6. The Order granted Plaintiff 15 days, until January 21, 2021, to file its amended complaint.

    7. Following the Court's order granting the Motion to Dismiss, the Parties through counsel had discussions about extending the time for Plaintiff to file an amended complaint subject to

1  court approval so the parties could save fees and costs and hopefully resolve this matter and the
2  underlying matter at mediation which is currently scheduled for March 24-25 with Robert B.
3  Enzenberger.

4      8. Per Stipulation and Order [Third Request] filed April 21, 2021 (ECF No. 73), the
5  parties requested that Plaintiff have up and until April 30, 2021, to file its amended complaint.

6      9. The parties have further agreed to extend the deadline for Plaintiff to file its Amended
7  Complaint to May 14, 2021.

8      10. Good cause exists to extend the deadline for Plaintiff to file an amended complaint as
9  the parties are engaging in productive settlement negotiations but the parties require additional time.

10      11. The parties are acting in good faith in requesting the court approve this stipulation.
11  This is Plaintiff's fourth request for extension.

12      **IT IS SO STIPULATED**.

Dated: April 29, 2021　　　　　　　　**LITCHFIELD CAVO LLP**

By: */s/ Griffith H. Hayes, Esq.*
Griffith H. Hayes, Esq.
Nevada Bar No. 7374
Alica A. Hagerman, Esq.
Nevada Bar No. 10891
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169
T: 702-949-3100/F: 702-916-1779
Hayes@LitchfieldCavo.com
Hagerman@LitchfieldCavo.com
*Attorneys for Plaintiff*

Dated: April 29, 2021　　　　　　　　**MAUPIN COX & LEGOY**

By: */s/Rick R. Hsu, Esq.*
Rick R. Hsu, Esq.
Nevada Bar No. 5374
4785 Caughlin Parkway
P.O. Box 30000
Reno, NV  89509
T: 775-827-2000
rhsu@mcllawfirm.com
*Attorneys for Defendant/Counterclaimant Red Rock Hounds*

Dated:  April 30, 2021

**COULTER HARSH LAW**
By:     /s/ Curtis B. Coulter, Esq.
         Curtis B. Coulter, Esq.
         Nevada Bar No. 3034
         403 Hill Street
         Reno, Nevada 89501
         T: 775-324-3380
         curtis@coulterharshlaw.com
         *Attorneys for Defendant and Interested Party Tracy Turnbow*

Dated:  April 30, 2021

**ERICKSON THORPE & SWAINSTON, LTD.**
By:     /s/ John C. Boyden, Esq.
         John C. Boyden, Esq.
         Nevada Bar No. 3917
         99 W. Arroyo Street
         PO Box 3559
         Reno, Nevada 89505
         T: 775-786-3930
         jboyden@etsreno.com
         *Attorneys for Counterdefendant and Third-Party Plaintiff Beehive Insurance Agency*

Dated:  April 29, 2021

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
By:     /s/ Alice K. Herbolsheimer, Esq.
         Alice K. Herbolsheimer, Esq.
         Nevada Bar No. 6389
         Jack Angaran, Esq.
         Nevada Bar No. 711
         5555 Kietzke Lane, Site 200
         Reno, Nevada 89511
         T: 775-827-6440
         jack.angaran@lewisbrisbois.com
         alice.herbolsheimer@lewisbrisbois.com
         *Attorneys for Third-Party Defendant Moore, Clemens & Co., Inc.*

Dated:  April  30, 2021

**RESNICK & LOUIS, P.C.**
By:     /s/Andrew Kurpanek, Esq.
         Prescott Jones, Esq.
         Nevada Bar No. 11617
         8925 West Russell Road, Suite 220
         Las Vegas, NV  89148-2540
         pjones@rlattorneys.com

         Andrew Kurpanek, Esq. (*Pro Hac Vice*)
         Resnick & Louis, P.C.
         8111 East Indian Bend Rd.
         Scottsdale, AZ  85250
         akurpanek@rlattorneys.com
         *Attorneys for Intervenor American Reliable Insurance Company*

Dated:  April 29, 2021         **ALLING & JILLSON, LTD.**

By: _/s/ Richard J. McGuffin, Esq._
    Richard J. McGuffin, Esq.
    Nevada Bar No.: 12819
    276 Kingsbury Grade, Suite 2000
    Post Office Box 3390
    Lake Tahoe, NV  89449-3390
    rmcguffin@ajattorneys.com
    *Attorneys for Defendant Barbara Lynn Lloyd*

## ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED** that Plaintiff shall have up to and until May 14, 2021 to file its amended complaint.

Dated:

_____
**UNITED STATES MAGISTRATE COURT JUDGE**