GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
ALICIA A. HAGERMAN, ESQ.
Nevada Bar No. 10891
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 949-3100
Facsimile:  (702) 916-1776
Hayes@LitchfieldCavo.com
Hagermand@LitchfieldCavo.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – NORTHERN DIVISION

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY<br><br>    Plaintiff.<br>v.<br><br>RED ROCK HOUNDS, a Domestic Nonprofit Cooperative Corporation Without Stock (81); LYNN LLOYD, individually; AND TRACY TURNBOW (Interested Party)<br><br>    Defendants. | CASE NO.: 3:20-cv-00272-MMD-WGC<br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| RED ROCK HOUNDS, a Domestic Nonprofit Cooperative Corporation Without Stock; and BARBARA  LYNN LLOYD,<br><br>    Counterclaimants,<br>v.<br><br>THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY; BEEHIVE INSURANCE AGENCY, INC., a Utah corporation,<br><br>    Counterdefendants. | |
| BEEHIVE INSURANCE AGENCY, INC.<br><br>    Third-Party Plaintiffs<br>v.<br><br>MOORE CLEMENS & CO., INC., a Virginia Corporation, and DOES I-X, inclusive<br><br>    Third-Party Defendants. | |

1

| | |
|---|---|
| 1 | AMERICAN RELIABLE INSURANCE COMPANY |
| 2 | |
| 3 | Intervenor |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff/Counterdefendant, THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, by and through its attorneys of record, the law firm of LITCHFIELD CAVO LLP, Defendants/Counterclaimants RED ROCK HOUNDS, by and through its attorneys of record, the law firm of Maupin Cox & LeGoy, Counterdefendant/Third-Party Plaintiff, BEEHIVE INSURANCE dba CERTIFIED INSURANCE SERVICES, by and through its attorneys of record, the law firm of Erickson, Thorpe & Swainston, Ltd., Third-Party Defendant MOORE CLEMENS & CO., by and through its attorneys of record, the law firm of Lewis Brisbois Bisgaard & Smith LLP, and Intervener AMERICAN RELIABLE INSURANCE COMPANY, by and through its attorneys, the law firm of Resnick & Louis, P.C., Defendant/Interested Party, TRACY TURNBOW, by and through her attorneys of record, the law firm of Coulter Harsh Law, and BARBARA LYNN LLOYD, by and through her attorneys of record, the law firm of Alling & Jillson, Ltd., (collectively "Parties"), that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the Complaint, Counterclaim and Third-Party Complaint filed in this case and each and every cause of action therein, shall be dismissed with prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED**.

Dated: May 13, 2021         **LITCHFIELD CAVO LLP**

By:   */s/ Alicia A. Hagerman, Esq.*
         Griffith H. Hayes, Esq.
         Nevada Bar No. 7374
         Alica A. Hagerman, Esq.
         Nevada Bar No. 10891
         3993 Howard Hughes Parkway, Suite 100
         Las Vegas, Nevada  89169
         T: 702-949-3100/F: 702-916-1779
         Hayes@LitchfieldCavo.com
         Hagerman@LitchfieldCavo.com
         *Attorneys for Plaintiff*

2

| | | |
|---|---|---|
| 1 | Dated: May 13, 2021 | **MAUPIN COX & LEGOY** |
| 2 | | By:  /s/ Rick R. Hsu, Esq. |
| 3 | | Rick R. Hsu, Esq.<br>Nevada Bar No. 5374 |
| 4 | | 4785 Caughlin Parkway<br>P.O. Box 30000 |
| 5 | | Reno, NV  89509<br>T: 775-827-2000 |
| 6 | | rhsu@mcllawfirm.com<br>*Attorneys for Defendant/Counterclaimant Red* |
| 7 | | *Rock Hounds* |
| 8 | Dated: May 13, 2021 | **COULTER HARSH LAW** |
| 9 | | By:  /s/ Curtis B. Coulter, Esq. |
| 10 | | Curtis B. Coulter, Esq.<br>Nevada Bar No. 3034 |
| 11 | | 403 Hill Street<br>Reno, Nevada 89501 |
| 12 | | T: 775-324-3380<br>curtis@coulterharshlaw.com |
| 13 | | *Attorneys for Defendant and Interested Party Tracy Turnbow* |
| 14 | Dated: May 14, 2021 | **ERICKSON THORPE & SWAINSTON, LTD.** |
| 15 | | By:  /s/ John C. Boyden, Esq. |
| 16 | | John C. Boyden, Esq.<br>Nevada Bar No. 3917 |
| 17 | | 99 W. Arroyo Street<br>PO Box 3559 |
| 18 | | Reno, Nevada 89505<br>T: 775-786-3930 |
| 19 | | jboyden@etsreno.com<br>*Attorneys for Counterdefendant and Third-* |
| 20 | | *Party Plaintiff Beehive Insurance Agency* |
| 21 | Dated: May 13, 2021 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 22 | | By:  /s/ Alice K. Herbolsheimer, Esq. |
| 23 | | Alice K. Herbolsheimer, Esq.<br>Nevada Bar No. 6389 |
| 24 | | Jack Angaran, Esq.<br>Nevada Bar No. 711 |
| 25 | | 5555 Kietzke Lane, Site 200<br>Reno, Nevada 89511 |
| 26 | | T: 775-827-6440<br>jack.angaran@lewisbrisbois.com |
| 27 | | alice.herbolsheimer@lewisbrisbois.com<br>*Attorneys for Third-Party Defendant Moore,* |
| 28 | | *Clemens & Co., Inc.* |

| | |
|---|---|
| Dated:  May 14, 2021 | **RESNICK & LOUIS, P.C.** |
| | By:  */s/ Andrew Kurpanek, Esq.*<br>         Prescott Jones, Esq.<br>         Nevada Bar No. 11617<br>         8925 West Russell Road, Suite 220<br>         Las Vegas, NV  89148-2540<br>         pjones@rlattorneys.com<br><br>         Andrew Kurpanek, Esq. (*Pro Hac Vice*)<br>         Resnick & Louis, P.C.<br>         8111 East Indian Bend Rd.<br>         Scottsdale, AZ  85250<br>         akurpanek@rlattorneys.com<br>         *Attorneys for Intervenor American Reliable*<br>         *Insurance Company* |
| Dated:  May 13, 2021 | **ALLING & JILLSON, LTD.** |
| | By:  */s/ Richard J. McGuffin, Esq.*<br>         Richard J. McGuffin, Esq.<br>         Nevada Bar No.: 12819<br>         276 Kingsbury Grade, Suite 2000<br>         Post Office Box 3390<br>         Lake Tahoe, NV  89449-3390<br>         rmcguffin@ajattorneys.com<br>         *Attorneys for Defendant Barbara Lynn Lloyd* |

## **ORDER**

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein and good cause appearing:

**IT IS HEREBY ORDERED** that that the Complaint, Counterclaim and Third-Party Complaint filed in this case and each and every cause of action therein, shall be dismissed with prejudice.  The Parties will each bear their own fees and costs.

**IT IS FURTHER ORDERED** that this case is closed.

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2021.

_____
**UNITED STATES MAGISTRATE COURT JUDGE**

4